# **EXHIBIT B**

| State of Minnesota | District Court |
|---|---|
| County of Pennington | Judicial District: Ninth <br> Court File Number: <br> Case Type: Employment |

ANDREW WOLLIN
Plaintiff (first, middle, last)

vs.

DIGI-KEY CORPORATION
Defendant (first, middle, last)

Date Case Filed: 05/08/2024

**Civil Cover Sheet
(Non-Family Case Type)**
Minn. Gen. R. Prac. 104

This civil cover sheet must be filed by the initial filing lawyer or party, if unrepresented by legal counsel, unless the court orders all parties or their legal counsel to complete this form. Once the initial civil cover sheet is filed, opposing lawyers or unrepresented parties who have not already been ordered to complete this form may submit their own cover sheet within 7 days after being served with the initial cover sheet. See Rule 104 of the General Rules of Practice for the District Courts.

**If information is not known to the filing party at the time of filing, it shall be provided to the Court Administrator in writing by the filing party within 7 days of learning the information.** Any party impleading additional parties shall provide the same information to the Court Administrator. The Court Administrator shall, upon receipt of the completed certificate, notify all parties or their lawyers, if represented by counsel, of the date of filing the action and the file number assigned.

| ATTORNEY FOR PLAINTIFF | ATTORNEY FOR DEFENDANT |
|---|---|
| Ryan H. Ahlberg <br> Attorney Name (not firm name) | Sharon Markowitz; Kelly Maxwell <br> Attorney Name (not firm name) |
| 333 Washington Avenue North, Suite 300 <br> Postal Address | 50 South Sixth Street, Suite 2600 <br> Postal Address |
| Minneapolis / MN / 55401 <br> City / State / Zip Code | Minneapolis / MN / 55402 <br> City / State / Zip Code |
| (612) 900-2269 <br> Telephone Number | (612) 335-1500 <br> Telephone Number |
| rahlberg@ahlberglaw.com <br> E-mail Address | sharon.makowitz@stinson.com <br> E-mail Address |
| MN #0386520 <br> Minnesota Attorney ID Number | MN #0392043; MN #0400668 <br> Minnesota Attorney ID Number |

PLAINTIFF, Self-represented

_____
Name

_____
Postal Address

_____
City                State   Zip Code

_____
Telephone Number

_____
E-mail Address

DEFENDANT, Self-represented

_____
Name

_____
Postal Address

_____
City                State   Zip Code

_____
Telephone Number

_____
E-mail Address

(Attach additional sheets for additional attorneys / parties)

Note: If either Plaintiff or Defendant gets an attorney, the attorney's name, address, telephone number and attorney ID number must be given in writing to the Court Administrator immediately.

1. Provide a concise statement of the case including facts and legal basis:

   Plaintiff alleges a FMLA Discrimination claim. Plaintiff alleges that Digi-Key violated that the Family Medical Leave Act, 29 U.S.C. § 2601 et seq., when it took an adverse action against him because he informed Digi-Key that he needed FMLA to manage his mental health.

2. Date Complaint was served:  04/25/2024

3. For Expedited Litigation Track (ETLT) Pilot Courts only:

   a. ☐ The parties jointly and voluntarily agree that this case shall be governed by the Special Rules of ELT Pilot. Date of agreement: _____

   b. ☐ The court is requested to consider excluding this case from ELT for the following reasons:

      _____
      _____
      _____
      _____

   Note: ELT is mandatory in certain cases, and where mandatory, exclusion may also be sought by timely motion under the Special Rules for ELT Pilot.

   c. ☐ Anticipated number of trial witnesses: _____

    d. ☐ Amount of medical expenses to date: _____

    e. ☐ Amount of lost wages to date: _____

    f. ☐ Identify any known subrogation interests: _____

4. For Complex Cases (See Minn. Gen. R. Prac. 146):

    a. Is this case a "complex case" as defined in Rule 146? ☐ Yes ☒ No

    b. State briefly the reasons for complex case treatment for this case:

    _____
    _____
    _____
    _____

    c. Have the parties filed a "CCP Election" for this case as provided in Rule 146(d)?
       ☐ Yes ☐ No

5. Estimated discovery completion within __9__ months from the date of this form.

6. Disclosure/discovery of electronically stored information discussed with other party?

    ☒ No ☐ Yes Date of discussion: _____

    If yes, list agreements, plans and disputes:

    _____
    _____
    _____
    _____

7. Proposed trial start date: **TBD**

8. Estimated trial time: __5__ days _____ hours (estimates less than a day must be stated in hours).

9. Jury trial is:

    ○ waived by consent of _____ pursuant to Minn. R. Civ. P. 38.02.
                           (specify party)

    ⦿ requested by **Plaintiff** (NOTE: Applicable fee must be enclosed)
                   (specify party)

10. Physical/mental/blood examination pursuant to Minn. R. Civ. P. 35 is requested.
    ☐ Yes ☒ No

11. Identify any party or witness who will require interpreter services, and describe the services needed (specifying language, and if known, particular dialect):
    n/a

12. Issues in dispute:

Family Medical Leave Act Discrimination

13. Case Type/Category: Employment (NOTE: select case types from the Civil Case Type Index found at http://www.mncourts.gov/mncourtsgov/media/scao_library/documents/eFile%20Support/Handout-Case-Type-Index.pdf.)

14. Recommended Alternative Dispute Resolution (ADR) mechanism: _____

(See list of ADR processes set forth in Minn. Gen. R. Prac. 114.02(a))

Recommended ADR provider (known as a "neutral") _____

Recommended ADR completion date: _____

If applicable, reasons why ADR not appropriate for this case:

_____
_____

By signing below, the attorney or party submitting this form certifies that the above information is true and correct.

Submitted by:

/s/ Sharon Markowitz
Signature

Name: Sharon Markowitz

Attorney Reg. #: MN #0392043

Firm/Agency Name: Stinson LLP

Street Address: 50 South Sixth Street, Suite 2600

City/State/Zip Code: Minneapolis, MN 55402

Telephone: (612) 335-1500

Date: 05/08/2024